Case 2:20-cv-00008   Document 24   Filed on 01/27/21 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
January 27, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GRACE POLASEK, § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | |
| § | | |
| AG-PRO, LLC, d/b/a AG-PRO § | Civil Action No. 2:20-cv-00008 | |
| COMPANIES, AG-PRO TEXAS, LLC, § | | |
| AND AG-PRO OHIO § | | |
| *Defendants*. § | | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS day, this Court considered the motion of Plaintiff Grace Polasek to dismiss all claims against Defendants Ag-Pro, LLC, Ag-Pro Texas, LLC, and Ag-Pro Ohio, LLC, with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Grace Polasek's Motion to Dismiss all claims against Defendants Ag-Pro, LLC, Ag-Pro Texas, LLC, and Ag-Pro Ohio, LLC, with prejudice is **GRANTED** and all claims and causes of action by Plaintiff against all Defendants are **DISMISSED WITH PREJUDICE**.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and attorney's fees are to be borne by the party incurring same.

**SIGNED** this 27th day of January, 2021.

_Drew B Tipton_
**UNITED STATES DISTRICT JUDGE**

2983843v.1

APPROVED AND ENTRY REQUESTED:

ANDERSON ALEXANDER, PLLC

*/s/ Carter T. Hastings*

Clif Alexander
Tex. Bar No. 24064805
Fed. I.D. No. 1138436
clif@a2xlaw.com
Austin W. Anderson
Tex. Bar No. 24045189
Fed. I.D. No. 777114
austin@a2xlaw.com
Lauren E. Braddy
Tex. Bar No. 24071993
Fed. I.D. No. 1122168
lauren@a2xlaw.com
Alan Clifton Gordon
Tex. Bar No. 00793838
Fed. I.D. No. 19259
cgordon@a2xlaw.com
Carter T. Hastings
Tex. Bar No. 24101879
Fed. I.D. No. 3101064
carter@a2xlaw.com
819 N. Upper Brodway
Corpus Christi, Texas 78401
**ATTORNEY-IN CHARGE FOR PLAINTIFF GRACE POLASEK.**


WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

*Linda Wills*

Linda P. Wills
State Bar No. 21661400
Fed. Bar No. 12566
909 Fannin Street, Suite 3300
Houston, Texas 77010
713/353-2000
713/785-7780 Fax
Email: Linda.Wills@WilsonElser.com

2

**ATTORNEY-IN-CHARGE FOR DEFENDANTS
AG-PRO, LLC, AG-PRO TEXAS, LLC, AND
AG-PRO OHIO, LLC**

2983843v.1